# EXHIBIT A

**MOTOR VEHICLE SERVICES**

OWC, EFG, AA++++++++000000AA158710031.000014A
**IMMEDIATE RESPONSE TO THIS NOTICE IS REQUIRED**
A111.0000.78.00011A35.80884

2019 JEEP GRAND CHEROKEE
Coverage ID: MLG374475542

Contact Phone: 866-426-0075 (Toll Free)

Program Term Deadline: 10/06/2023

Call to verify the above information ↑

Read below for more information ↓

JAMIE CLINE
5321 Green Forest Ln
Texarkana TX 75501-8719

Suggested Repair Facilities to Choose From:

**Orr Volkswagen Of Texarkana**
**All Certified ASE Facilities**

**IMMEDIATE RESPONSE TO THIS NOTICE IS REQUIRED**

Notice Date: 9/12/2023
Program Term Deadline: 10/06/2023

Coverage ID: MLG374475542
Coverage Status: AVAILABLE

ATTENTION: JAMIE CLINE,

Our records indicate that you have not contacted us to have the vehicle service contract for your vehicle updated.

Please call **866-426-0075**.

You are receiving this notice because your factory warranty will expire or may have already expired based on the mileage and age of your vehicle.

By neglecting to replace your coverage you will be at risk of being financially liable for any and all repairs after your factory warranty expires. However, you still have time left to activate your service contract on your vehicle before it's too late. No vehicle inspection will be required.

No other notices will be sent for this offer. This will be our only attempt to contact you about your expiring factory warranty.

**Your file on this vehicle will be deleted and you may no longer be eligible for this offer regarding service coverage after 10/06/2023.**

| 0% | 1.5% | 2.75% | 3.75% | 4.5% | 7.85% | 9.25% | 11.99% |
|---|---|---|---|---|---|---|---|
| APPROVED | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

**Coverage Explanation**

Platinum Option: Engine, Transmission, Transfer Unit of 4x4, Drive Axle, Assembly, Front End and Rear Suspension, Steering, Air Conditioning Unit, Electronics, Seals, Gaskets, Brake System, and Most Mechanical Parts.

REQUESTING:
1. EXTENSION THROUGH 2028
2. UP TO OR AN ADDITIONAL 100,000 MILES
3. PLATINUM/POWERTRAIN

You may have been selected to receive this special limited time offer from Motor Vehicle Services because of information in your public record consumer auto data file. Final acceptance is subject to your ability to meet our full eligibility requirements. This is an advertisement to obtain coverage. Motor Vehicle Services, located at 2410 Highway 94 South Outer Rd. St Charles, MO 63303, is not endorsed or affiliated with Orr Volkswagen Of Texarkana.

**PHONE: 866-426-0075**

**Call No Later Than: 10/06/2023**

Operating Hours: Monday - Friday: 8:00am to 7:00pm CST, Saturday: 9:00am to 3:00pm CST
Sunday: Closed

