UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ORR AUTO, INC. | § | |
| D/B/A ORR VOLKSWAGEN OF TEXARKANA | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 5:24-CV-00029 |
| | § | |
| AUTOPLEX EXTENDED SERVICES, LLC | § | |
| D/B/A MOTOR VEHICLE SERVICES | § | |
| Defendant. | § | |

PROOF OF SERVICE

---

Plaintiff Orr Auto, Inc. d/b/a Orr Volkswagen of Texarkana files this its Proof of Service in accordance with Federal Rule of Civil Procedure 4(l)1.

Exhibits attached.

1.    Summons in a Civil Action with executed proof of service;

2.    Proof of service completed by Brianna R. Anderson – 4/9/2024; and

3.    Copy of certified mail sent to Texas Secretary of State – 5/1/2024, received 5/6/2024.

Respectfully submitted,

FLOYD LAW, PLLC
P. O. Box 5452
Texarkana, Texas 75505
Phone: (903) 306-0373
FAX: (870) 330-4196

By:    /s/ Cory Floyd
        Cory J. Floyd
        TX Bar No. 24049365
        Email: cory@txklawyers.com