AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| ORR AUTO, INC. <br> D/B/A ORR VOLKSWAGEN OF TEXARKANA <br><br> *Plaintiff(s)* <br> v. <br> AUTOPLEX EXTENDED SERVICES, LLC <br> D/B/A MOTOR VEHICLE SERVICES <br><br> *Defendant(s)* | Civil Action No. 5:24-CV-29 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AUTOPLEX EXTENDED SERVICES, LLC
REGISTERD AGENT: KEITH HORNEKER
2275 1st CAPITOL DRIVE
ST. CHARLES, MO 63301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CORY J. FLOYD
P.O. BOX 5452
TEXARKANA, TX 75505

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 4/8/2024

CLERK OF COURT

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

# EXHIBIT 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24-CV-29

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Keith Horneker__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Autoplex Extended Services, LLC__ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __5/28/24__

_Melissa Johnston_
Server's signature

Melissa Johnston, Paralegal
Printed name and title

3211 McKnight Crossing, Texarkana, TX 75503
Server's address

Additional information regarding attempted service, etc:

I served the summons on April 9, 2024 by using a private process server who left copies of the business office of Autoplex Extended Services, LLC.

I served the summons again on May 1, 2024 by certified mail to the Texas Secretary of State.