AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24-CV-29

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AutoPlex Extended Services, LLC.
was received by me on *(date)* 4/8/24 @1:56pm

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Josh Logsdon, who is designated by law to accept service of process on behalf of *(name of organization)* AutoPlex Extended Services, LLC. on *(date)* 4/9/24 @1:06pm; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/9/2024

Brianna R. Anderson - #680
Server's signature

Brianna R. Anderson - Process Server
Printed name and title

942 Foster Ct. Pevely, MO 63070
Server's address

Additional information regarding attempted service, etc:

**EXHIBIT 2**

# AFFIDAVIT OF SERVICE

**State of Texas**  County of

Case Number: 5:24-CV-29

Plaintiff:
**ORR AUTO, INC. D/B/A ORR VOLKSWAGEN OF TEXARKANA**

vs.

Defendant:
**AUTOPLEX EXTENDED SERVICES, LLC. D/B/A MOTOR VEHICLE SERVICES**

For:
FLOYD LAW, PLLC
P.O BOX 5452
TEXARKANA, TX 75505

Received by A.A.A. PROCESS SERVICE, INC. to be served on **AUTOPLEX EXTENDED SERVICES, LLC. REGISTERED AGENT:KEITH HORNEKER, 2410 HWY 94 S. OUTER RD., ST.CHARLES, MO 63303**.

I, Brianna R. Anderson License #680, being duly sworn, depose and say that on the **9th day of April, 2024** at **1:06 pm, I**:

I Served the within named corporation by delivering a true copy of a **SUMMONS IN CIVIL ACTION** with the date and hour of service endorsed thereon by me to JOSH LOGSDON as the MANAGER of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing.

Subscribed and Sworn to before me on the 9th day of April, 2024 by the affiant who is personally known to me.

D. L Haddox
NOTARY PUBLIC

D.L. HADDOX
Notary Public, Notary Seal
State of Missouri
Jefferson County
Commission # 23337349
My Commission Expires 01-30-2027

Brianna R. Anderson - #680
Brianna R. Anderson License #680
Process Server

A.A.A. PROCESS SERVICE, INC.
942 Foster Ct.
Pevely, MO 63070
(314) 351-7979

Our Job Serial Number: RAC-2024000347