# Floyd Law, PLLC

P.O. Box 5452
Texarkana, Texas 75505
(903) 306-0373
txklawyers.com

May 1, 2024

Service of Process
Secretary of State
P.O. Box 12079
Austin, TX 78711-2079

VIA CERTIFIED MAILING TRACKING #:
9589 0710 5270 1253 3861 84

RE: *Orr Auto, Inc. d/b/a Orr Volkswagen v. Autoplex Services, LLC d/b/a Motor Vehicle Services;* U.S. District Court Eastern District of Texas, Texarkana Division; Civil Action No. 5:24-CV-29

To Whom It May Concern:

Enclosed are 2 copies of a Summons and 2 copies of a complaint. Please accept service and forward these in accordance with the completed Form 2401 enclosed to:

Autoplex Extended Services, LLC
Attention Keith Horneker, or any officer, managing or general agent
2410 Hwy 94 South Outer Road
St. Charles, MO 63303

I have enclosed an additional 2 copies. Please accept service and forward these in accordance with p. 5 of the completed Form 2401 to

Autoplex Extended Services, LLC
Attention Keith Horneker, or any officer, managing or general agent
2275 First Capitol Drive
St. Charles, MO 63301

Also, I have enclosed a check for $110 and thank you for your assistance with this matter.

Sincerely,

Cory J. Floyd
TX Bar No. 24049365

CJF/mj
Enclosure

# EXHIBIT 3

| | | |
|---|---|---|
| **Form #2401   Rev. 09/23**<br>Submit to:<br>Secretary of State<br>Service of Process<br>P.O. Box 12079<br>Austin, TX 78711-2079<br>512-463-1662<br>FAX: (512) 463-0873<br>Filing Fee: $40<br>Certificate Fee: $15 |  | This space reserved for office use.<br>Service Number: |
| | **Service of Process**<br>**Forwarding Request** | |

**IMPORTANT. The information requested must match the information on the Citation. The information below is entered into a database exactly as indicated below. Do not abbreviate or omit information that should be included for Service.**

1) Case / Docket Number:  5:24-CV-29

2) Court Number: (The court the case was filed in.)  United States District Court for the Eastern District of Texas

2a) County:  Bowie

3) Case Style:
   PLAINTIFF/S (Name(s) as they appear on the Citation (including dba, aka, and fka)):
   Orr Auto, Inc. d/b/a Orr Volkswagen of Texarkana

   DEFENDANT/S (Name(s) as they appear on the Citation (including dba, aka and fka)):
   Autoplex Extended Services, LLC d/b/a Motor Vehicle Services
   a Missouri Limited Liability Company

4) Deliver Certificate Of Service To: (check appropriate box)
   ☒ Attorney                      ☐ None Requested
   ☐ Process Server
   ☐ Other: _____

   Name (Individual):  Cory Floyd
   Firm Name:  Floyd Law, PLLC
   Address (Street, City, State, Zip Code):

   3211 McKnight Crossing
   Street
   Texarkana                                    TX         75503
   City                                         State      Zip Code

   Bar card (if applicable):  24049365
   Note: Certificate of service will be mailed to the address provided above, we do not email certificates

5) Type Of Document: (Check the appropriate box)
   ☐ Citation/Petition              ☒ Summons/Complaint
   ☐ Notice of Hearing
   ☐ Subpoena
   ☐ Other: _____

Form 2401                                1

6) ☒ I have included the 2 **exact** required copies of the documents requested for forwarding

7) Defendant Name and Address For Forwarding:
   ☐ Check here if there are multiple defendants and use attached addendum

   Autoplex Extended Services, LLC d/b/a Motor Vehicle Services
   Defendant Name for Forwarding (as it is on citation)

   Keith Horneker
   Registered Agent name if applicable

   2410 Hwy 94 South Outer Rd
   Street

   | St. Charles | MO | USA | 63303 |
   |---|---|---|---|
   | City | State | Country | Zip Code |

7a) Address For Forwarding (Outside Of US):

   Street

   | City | State | Country | Zip Code |
   |---|---|---|---|

*The Office will contact the submitter listed below with any questions.*

Requestor's Name: Cory J. Floyd

Phone: 903-306-0373

Email: cory@txklawyers.com

Fees
Processing Fee $40 per service
$15 per certificate
**Processing Fees are nonrefundable**
**Failure to include the required fee will result in a delay with forwarding**

Form 2401                                   2

**Form #2401 Addendum – Additional Defendants** (each additional defendant is a $55 fee and requires 2 additional copies of all submitted documents)

1) Defendant Name and Address For Forwarding:

   Autoplex Extended Services, LLC d/b/a Orr Volkswagen of Texarkana
   Defendant Name for Forwarding (as it is on citation)

   Keith Horneker
   Registered Agent name if applicable

   2275 First Capitol Drive
   Street

   | St. Charles | MO | USA | 63301 |
   |---|---|---|---|
   | City | State | Country | Zip Code |

2) Defendant Name and Address For Forwarding:

   Defendant Name for Forwarding (as it is on citation)

   Registered Agent name if applicable

   Street

   | City | State | Country | Zip Code |
   |---|---|---|---|

3) Defendant Name and Address For Forwarding:

   Defendant Name for Forwarding (as it is on citation)

   Registered Agent name if applicable

   Street

   | City | State | Country | Zip Code |
   |---|---|---|---|

4) Defendant Name and Address For Forwarding:

   Defendant Name for Forwarding (as it is on citation)

   Registered Agent name if applicable

   Street

   | City | State | Country | Zip Code |
   |---|---|---|---|

5) Defendant Name and Address For Forwarding:

   Defendant Name for Forwarding (as it is on citation)

   Registered Agent name if applicable

   Street

   | City | State | Country | Zip Code |
   |---|---|---|---|





Floyd Law, PLLC

Service of Process
Secretary of State
P.O. Box 12079
Austin, TX 78711-2079



C. Crossing
75503

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>Service of Process<br>Secretary of State<br>P.O. Box 12079<br>Austin, TX 78711-2079 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 8692 3310 5735 91 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 1253 3861 84 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                                           Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Service of Process
Secretary of State
P.O. Box 12079
Austin, TX 78711-2079

9590 9402 8692 3310 5735 91

2. Article Number (Transfer from service label)
9589 0710 5270 1253 3861 84

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:
TX Comptroller Mail
MAY 06 2024

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt