UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ORR AUTO, INC. <br> D/B/A ORR VOLKSWAGEN OF TEXARKANA <br><br> Plaintiff, <br><br> V. <br><br> AUTOPLEX EXTENDED SERVICES, LLC <br> D/B/A MOTOR VEHICLE SERVICES <br><br> Defendant. | § § § § § § § § § § § § § <br><br> CASE NO. 5:24-CV-00029 |

ORDER

Before the Court for consideration is the motion to bifurcate trial of liability and damages filed by Plaintiff Orr Auto, Inc. The Court has considered the parties' papers, relevant legal authority, and the record in the case, and it finds this matter suitable for disposition.

The Court GRANTS Plaintiff's ' motion and bifurcates the trial of the Plaintiff's liability claims from the Plaintiff's damages claims.

IT IS SO ORDERED.