UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ORR AUTO, INC. <br> D/B/A ORR VOLKSWAGEN OF TEXARKANA <br><br> Plaintiff, <br><br> V. <br><br> AUTOPLEX EXTENDED SERVICES, LLC <br> D/B/A MOTOR VEHICLE SERVICES <br><br> Defendant. | § § § § § § § § § § § § § § | CASE NO. 5:24-CV-00029-RWS-JBB |

## ORDER

Before the Court for consideration is the motion to bifurcate trial of liability and damages filed by Plaintiff Orr Auto, Inc. Dkt. No. 10. The Court, having considered the motion and hearing arguments on October 9, 2024, is of the opinion the motion (Dkt. No. 10) should be and hereby is **GRANTED**.

Accordingly, it is

**ORDERED** that the trial of Plaintiff's liability claims is bifurcated from Plaintiff's damages claims.[1]

SIGNED this the 18th day of October, 2024.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE

---

[1] By separate filing, the undersigned is recommending the Court grant Plaintiff's motion for default judgment as to the liability issues.