UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
500 STATELINE AVENUE
TEXARKANA, TEXAS 75501

OFFICIAL BUSINESS



7002 2410 0003 5613 7485



FIRST-CLASS



US POSTAGE (IMI) PITNE

ZIP 71854     $ 011
02 7H
0006151987    OCT 2

ANK

Keith Horneker, Registered Agent
Autoplex Extended Services, LLC
d/b/a Motor Vehicle Services
2275 First Capitol Drive
St Charles, MO 63301