UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| ORR AUTO, INC. | § | |
| D/B/A ORR VOLKSWAGEN OF TEXARKANA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Case No. 5:24-CV-00029-RWS-JBB |
| | § | |
| AUTOPLEX EXTENDED SERVICES, LLC | § | |
| D/B/A MOTOR VEHICLE SERVICES | § | |
| | § | |
| Defendant. | § | |

<u>ORDER</u>

This is a default case wherein the Defendant Autoplex Extended Services, LLC d/b/a Motor Vehicle Services has not answered, appeared, or otherwise defended. On October 18, 2024, the Court granted Plaintiff Orr Auto, Inc.'s motion to bifurcate the trial of Plaintiff's damages claims from the trial of Plaintiff's liability claims. Dkt. No. 16. On November 26, 2024, the Court granted Plaintiff's motion for default judgment as to liability only. Dkt. No. 21 (severing and retaining jurisdiction over, among other things, Plaintiff's damages).

On January 22, 2025, the Court held a telephone scheduling conference to confirm the trial setting and to resolve any case management concerns. Only counsel for Plaintiff filed a Conference Report and appeared at the scheduling conference. In accordance with the scheduling conference, the Court is entering, contemporaneously herewith, a Docket Control Order and Discovery Order to govern this case. The Discovery Order contains deadlines for the parties to exchange initial and additional disclosures.

In Plaintiff's Conference Report (Dkt. No. 27) and at the scheduling conference, Plaintiff's counsel requested the Court suspend the deadlines for the parties to exchange

disclosures. Considering the posture of this case, the Court is of the opinion Plaintiff's unilateral request should be **GRANTED**.

Accordingly, it is

**ORDERED** that the deadlines for the parties to exchange initial and additional disclosures are suspended. When and if counsel for Defendant appears in this case, the parties shall meet and confer as to the initial and additional disclosures deadlines and file a notice or motion with the Court.

SIGNED this the 24th day of January, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE