# Floyd Law, PLLC

P.O. Box 5452<br>
Texarkana, Texas 75505<br>
(903) 306-0373<br>
txklawyers.com

---

February 5, 2025

Autoplex Extended Services, LLC
Registered Agent: Keith Horneker
2410 Hwy 94 South Outer Rd
St. Charles, Missouri 63303

VIA CERTIFIED MAIL TRACKING
# 9589 0710 5270 1328 1990 46

RE: *Orr Auto, Inc. d/b/a Orr Volkswagen v. Autoplex Services, LLC d/b/a Motor Vehicle Services*; U.S. District Court Eastern District of Texas, Texarkana Division; Civil Action No. 5:24-CV-29

Mr. Horneker,

Please find enclosed *Plaintiff's Orr Auto, Inc. d/b/a Orr Volkswagen of Texarkana First Interrogatories to Defendant Autoplex Extended Services, LLC d/b/a Motor Vehicle Services* regarding the above referenced matter.

If you would like to further discuss this matter, please do not hesitate to contact our office.

Thank you,

*[signature]*

Cory J. Floyd

CJF/mj
Enclosure

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ORR AUTO, INC.<br>D/B/A ORR VOLKSWAGEN OF TEXARKANA<br><br>Plaintiff,<br><br>V.<br><br>AUTOPLEX EXTENDED SERVICES, LLC<br>D/B/A MOTOR VEHICLE SERVICES<br><br>Defendant. | § § § § § § § § § § § § § § | CASE NO. 5:24-CV-00029 |

**PLAINTIFF'S ORR AUTO, INC. D/B/A ORR VOLKSWAGEN OF TEXARKANA FIRST SET OF INTERROGATORIES TO DEFENDANT AUTOPLEX EXTENDED SERVICES, LLC D/B/A MOTOR VEHICLE SERVICES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff, Orr Auto, Inc., d/b/a Orr Volkswagen of Texarkana ("ORR"), hereby addresses its First Set of Interrogatories to Defendant, Autoplex Extended Services, LLC d/b/a Motor Vehicle Services ("Autoplex"), to be responded to within thirty (30) days of service hereof.

DEFINITIONS

1. "Plaintiff" shall mean Orr Auto, Inc., ORR, its licensees, and any subsidiaries, affiliates, predecessors, successors, parents, divisions, persons or entities acting for or on its behalf, whether in existence now or at any time.

2. "Defendant" shall mean Autoplex Extended Services, LLC d/b/a Motor Vehicle Services, Autoplex, its licensees, and any subsidiaries, affiliates, predecessors, successors, parents, divisions, persons or entities acting for or on its behalf, whether in existence now or at any time.

3. The "ORR marks" shall mean "Orr Volkswagen of Texarkana," "Orr Volkswagen," and "Orr."

4. "Document" is defined to be synonymous in meaning and equal in scope to the usage of the term in Rule 34(a) of the Federal Rules of Civil Procedure and includes computer records in any format. By way of further explanation, "document(s)" shall mean all non-identical copies of material of every kind and description which are recorded by hand-writing, printing, typing, photographing, graphic representation, mechanical, electronic, magnetic, or any other means of recording, any form of communication, information or representation, including letters, words or numbers or their equivalent, or data compilations of any sort whatsoever. The term "document(s)" is therefore defined to include, among other things, information stored on electronic media, videotapes, motion pictures, computer data, and any other electronic, mechanical or magnetic records or representations of any kind including without limitation all tapes, cassettes, magnetic, optical or other discs, magnetic cards, e-mail, and recordings. A draft or non-identical copy is a separate document within the meaning of this term.

5. "Communication" or "communications" means any oral, written or electronic utterance, notation or statement of any nature whatsoever, by and to whomsoever made, including, but not limited to, any documents, correspondence, letters, facsimiles, e-mails, text messages, voice recordings, video recordings, voicemail, instant messages, conversations, dialogues, discussions, interviews, conferences, meetings, consultations, agreements, and other understandings or exchanges between or among two or more people.

6. "Person" as used herein means any natural person or any entity, including, without limitation, any individual, public company, private company, firm, corporation, limited liability company, joint venture, trust, proprietorship, tenancy, association, partnership, business, agency,

department, governmental body, bureau, board, commission, or any other form of public or private entity. With respect to an entity, Person shall include all subsidiaries and affiliates of the entity, as well as the present and former directors, officers, employees, attorneys, agents and anyone acting on behalf of, at the direction of, or under the control of, the entity or its subsidiaries or affiliates.

7. The terms "you" or "your" means Autoplex Extended Services, LLC d/b/a Motor Vehicle Services, a limited liability company organized under the state law of Missouri, including its respective officers, directors, parents, subsidiaries, divisions, affiliates, predecessors, successors, employees, accountants, agents, representatives and any other person acting under its control or on its behalf.

8. "Relates to" or "relating to" means authorizing, concerning, constituting, comprising, containing, consisting of, connected with, describing, disclosing, discussing, evidencing, explaining, mentioning, pertaining to, proposing, reflecting, regarding, referring to, directly or indirectly, setting forth, showing, or summarizing.

9. Where appropriate:

   a. use of the singular includes the plural, and vice versa;
   b. the past tense includes the present tense;
   c. the words "and" and "or" are both conjunctive and disjunctive;
   d. the words "all" and "any" mean "any and all";
   e. the word "including" means "including without limitation"; and
   f. use of the masculine includes the feminine, and vice versa.

## INSTRUCTIONS

1. Any responsive information not disclosed by reason of a claim of privilege or other basis should be identified in writing by: (a) date; (b) author; (c) recipient; (d) a list of all other

persons to whom the contents of the document or thing or the information was disclosed; (e) general subject matter; and (f) the basis upon which it is being withheld pursuant to Rule 26(b)(5).

    2.    Wherever in the following Interrogatories you are asked to identify documents, it is requested that the documents be identified by saying:

    a.    General type of document, i.e., letter, memorandum, report, etc.;

    b.    Date;

    c.    Author;

    d.    Organization, if any, with which author was connected;

    e.    Addressee or recipient;

    f.    Other distributees;

    g.    Organization, is any, with which the addressee, recipient, or distributees were connected;

    h.    General nature of the subject matter of the document;

    i.    Present location of such document and each copy thereof known to you, including the title, index number and location, if any, of the file in which the document is kept by you or the file from which such document was removed for the purposes of this case, and the identity of all persons responsible for filing or other disposition of the document.

    3.    Wherever in the following Interrogatories you are asked to identify persons, it is requested that the persons be identified by stating:

    a.    Their full name, home and business addresses, if known;

    b.    Their employment, job title or description; and

   c. If employed by you, their dates and regular places of employment and general duties.

4. Wherever in the following Interrogatories you are asked to identify companies or the response to an Interrogatory would require the identification of a company, it is requested that the company be identified by stating:

   a. Its full corporate name;

   b. A brief description of the general nature of its business;

   c. Its state of incorporation;

   d. The address and principal place of business; and

   e. The identity of the officers or other person having knowledge of the matter with respect to which the company has been identified.

5. Wherever in the following Interrogatories you are asked to identify a product, or the marking used in combination with the product, it is requested that the same be identified by stating the catalog, stock, model, or the like number or designation, the trademark, name, type, grade, and any other designation customarily used by the party concerned to designate such products, or the like, and to distinguish it from others made by the same or a different producer.

## INTERROGATORIES

**Interrogatory No. 1:** Identify and fully describe each of the goods and/or services on or in connection with which Defendant currently uses, intends to use, or has used the Orr Marks.

**Interrogatory No. 2:** Identify and fully describe each piece of mail Defendant placed in the United States mail, which contains one or more of the Orr Marks.

**Interrogatory No. 3:** Identify the first use date(s) Defendant used one or more of the Orr Marks;

**Interrogatory No. 4:**     Identify each good and/or service you sell or offer to sell.

**Interrogatory No. 5:**     Identify all means used to market, advertise, and/or promote the goods and/or services identified in your response to Interrogatory No. 4, from their first offering for sale through present, including, without limitation, the names of digital media, newspapers, magazines, trade journals, or periodicals in which Defendant has advertised and/or intends to advertise its goods and/or services using, bearing or containing the Orr Marks, and the dollar amount spent on all such efforts;

**Interrogatory No. 6:**     Set forth the dollar amount of the annual sales (projected and/or actual) of each such good and/or service since it was first offered for sale.

**Interrogatory No. 7:**     Identify all documents supporting the responses to Interrogatories 1 through 6 above.

**Interrogatory No. 8:**     Identify the customers, prospective customers, recipients or addressees to whom you sent any mailing (or directed a mailing) bearing the word "Orr" in any usage or form.

**Interrogatory No. 9:**     Identify each person who participated in the decision, election, or choice to use the word "Orr" or any of the Orr Marks in the United States mail.

**Interrogatory No. 10:**     Identify all documents bearing complaints regarding your business or business practices in the car service contract or warranty industry.

**Interrogatory No. 11:**     Identify the name of each person and/or agency that has been or now is responsible for the marketing, advertising, and promotion of goods and/or services for you or Autoplex.

**Interrogatory No. 12:**     Identify each communication, oral or written, received by or known to Defendant which

(1) suggests, implies or infers that Plaintiff may be connected or associated with Defendant, (2) inquires as to whether there is or may be such a connection or association, and/or (3) was intended to be received by Plaintiff, and identify any response by Defendant to each such communication.

**Interrogatory No. 13:** State when Defendant first became aware of one or more of the Orr Marks and describe in detail the circumstances under which Defendant first became aware of same, and identify any documents referring or related thereto.

**Interrogatory No. 14:** Identify all lawsuits presently pending against you including (1) the name of the defendant; (2) court and case number; and (3) status of the lawsuit.

**Interrogatory No. 15:** Identify each person who participated in or supplied information used in answering any of the above interrogatories and identify each interrogatory such person participated in answering.

**Interrogatory No. 16:** Identify all storage devices in your possession, custody, or control that store electronically stored information relevant to the claims and/or defenses asserted by any party in this action.

Respectfully submitted,

FLOYD LAW, PLLC
P. O. Box 5452
Texarkana, Texas 75505
Phone: (903) 306-0373
FAX: (870) 330-4196

By:  */s/ Cory Floyd*
Cory J. Floyd
TX Bar No. 24049365
Email: cory@txklawyers.com

*Attorney for Plaintiff*