MOTOR VEHICLE SERVICES



OWC, EFG, AA++++++++++000000AA158710031.000014A

**IMMEDIATE RESPONSE TO THIS NOTICE IS REQUIRED**

A111.0000.78.00011A35.80884

2025 VOLKSWAGEN JETTA
Coverage ID: MLG390877265

Contact Phone: **866-426-0075** (Toll Free)

Program Term Deadline: 3/4/2025

**Call to verify the above information** ⬆

**Read below for more information** ⬇

JOE PALOMINO
2804 Phillips Ln
Texarkana TX 75501-8039

Suggested Repair Facilities to Choose From:

## Orr Volkswagen Of Texarkana
## All Certified ASE Facilities

**IMMEDIATE RESPONSE TO THIS NOTICE IS REQUIRED**

Notice Date: 2/10/2025
Program Term Deadline: 3/4/2025

Coverage ID:           MLG390877265
Coverage Status:       AVAILABLE

ATTENTION: JOE PALOMINO,

Our records indicate that you have not contacted us to have the vehicle service contract for your vehicle updated.

Please call **866-426-0075**.

You are receiving this notice because your factory warranty will expire or may have already expired based on the mileage and age of your vehicle.

By neglecting to replace your coverage you will be at risk of being financially liable for any and all repairs after your factory warranty expires. However, you still have time left to activate your service contract on your vehicle before it's too late. No vehicle inspection will be required.

No other notices will be sent for this offer. This will be our only attempt to contact you about your expiring factory warranty.

**Your file on this vehicle will be deleted and you may no longer be eligible for this offer regarding service coverage after 3/4/2025.**

| 0% | 1.5% | 2.75% | 3.75% | 4.5% | 7.85% | 9.25% | 11.99% |
|---|---|---|---|---|---|---|---|
| APPROVED | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Coverage Explanation | | | Platinum Option: Engine, Transmission, Transfer Unit of 4x4, Drive Axle, Assembly, Front End and Rear Suspension, Steering, Air Conditioning Unit, Electronics, Seals, Gaskets, Brake System, and Most Mechanical Parts. | | | | |
| REQUESTING:<br>1. EXTENSION THROUGH 2030<br>2. UP TO OR AN ADDITIONAL 100,000 MILES<br>3. PLATINUM/POWERTRAIN | | | You may have been selected to receive this special limited time offer from Motor Vehicle Services because of information in your public record consumer auto data file. Final acceptance is subject to your ability to meet our full eligibility requirements. This is an advertisement to obtain coverage. Motor Vehicle Services, located at 2410 Highway 94 South Outer Rd. St Charles, MO 63303, is not endorsed or affiliated with Orr Volkswagen Of Texarkana. | | | | |
| **PHONE: 866-426-0075** | | | **Call No Later Than: 3/4/2025** | | | | |

Operating Hours: Monday - Friday: 8:00am to 6:00pm CST, Saturday: 9:00am to 3:00pm CST
Sunday: Closed

# EXHIBIT B