UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ORR AUTO, INC. | § | |
| D/B/A ORR VOLKSWAGEN OF TEXARKANA | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 5:24-CV-00029 |
| | § | |
| AUTOPLEX EXTENDED SERVICES, LLC | § | |
| D/B/A MOTOR VEHICLE SERVICES | § | |
| Defendant. | § | |

NOTICE OF PROOF OF SERVICE

Plaintiff Orr Auto, Inc. d/b/a Orr Volkswagen of Texarkana files this its Notice of Proof of Service in accordance with Federal Rule of Civil Procedure 5. Plaintiff served Defendant with a copy of the Motion to Compel (Dkt. 36). Exhibits attached.

1. Copy of certified mail sent to Christopher Thornton on September 26, 2025; along with proof of delivery undated; and *(Exhibit A)*

2. Copy of certified mail sent to Autoplex Extended Services on September 26, 2025; along with proof of delivery dated September 2, 2025; and *(Exhibit B)*

3. Copy of certified mail sent to Autoplex Extended Services, Registered Agent, on September 26, 2025. No return has been received. *(Exhibit C)*.

Respectfully submitted,

FLOYD LAW, PLLC
P. O. Box 5452
Texarkana, Texas 75505
Phone: (903) 306-0373
FAX: (870) 330-4196

By:   /s/ *Cory Floyd*
Cory J. Floyd
TX Bar No. 24049365
Email: cory@txklawyers.com