



**EXHIBIT A**