



**EXHIBIT B**