UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ORR AUTO, INC. <br> D/B/A ORR VOLKSWAGEN OF TEXARKANA <br> <br> V. <br> <br> AUTOPLEX EXTENDED SERVICES, LLC <br> D/B/A MOTOR VEHICLE SERVICES | § <br> § <br> § <br> § CASE NO. 5:24-CV-00029-RWS-JBB <br> § <br> § <br> § |

## ORDER[1]

This is a default case wherein Defendant Autoplex Extended Services, LLC d/b/a Motor Vehicle Services ("Defendant") has not answered. On October 18, 2024, the Court granted Plaintiff Orr Auto, Inc.'s motion to bifurcate the trial of Plaintiff's damages claims from the trial of Plaintiff's liability claims. Dkt. No. 16. On November 26, 2024, District Judge Schroeder adopted the undersigned's Report and Recommendation (Dkt. No. 17), entered judgment in favor of Plaintiff as to liability only, and entered the Order Granting Default Judgment attached to Plaintiff's Motion for Default Judgment, reserving for a later trial the issues of damages, costs, exceptionality, and permanent injunction. Dkt. Nos. 20, 21; *see also* Dkt. Nos. 22, 23 (ordering Plaintiff to serve Defendant with a copy of the orders and Plaintiff's proof of service). On January 22, 2025, the Court entered case management orders to govern this case (Dkt. Nos. 32, 33) but suspended the deadlines for the parties to exchange initial and additional disclosures, noting that when and if counsel for Defendant appears in this case, the parties shall meet and confer as to the disclosures deadlines and file a motion with the Court. Dkt. No. 31.

On August 26, 2025, Plaintiff filed a Motion to Compel, requesting the Court compel Defendant to answer interrogatories served on February 5, 2025. Dkt. No. 36 at 1 (further noting

---

[1] The above case has been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636.

Defendant has failed to provide initial disclosures and an accounting, and despite having met and conferred with Plaintiff on August 18, 2025, still has not answered); *see also* Dkt. No. 37 (Notice of Proof of Service showing receipt of motion on September 2, 2025). Pursuant to Local Rule CV-7, a party has fourteen days (twenty-one days for summary judgment motions) in which to file a response to a motion, after which the Court will consider the submitted motion for decision. Although counsel for Defendant made an appearance on September 10, 2025, Defendant has not filed a response to Plaintiff's motion to compel. Accordingly, it is

**ORDERED** that to the extent Defendant opposes Plaintiff's motion, Defendant shall file, on or before **October 2, 2025**, a response in opposition to Plaintiff's Motion to Compel (Dkt. No. 36). And reply shall be filed on or before October 10, 2025. It is further

**ORDERED** that failure to file a response within the time prescribed may result in an order granting the motion.

**IT IS SO ORDERED.**

SIGNED this the 23rd day of September, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE