UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ORR AUTO, INC. D/B/A ORR VOLKSWAGEN OF TEXARKANA | § § § § |
| v. | §  No. 5:24-CV-00029-RWS-JBB |
| AUTOPLEX EXTENDED SERVICES, LLC D/B/A MOTOR VEHICLE SERVICES | § § § § |

## ORDER SETTING HEARING

The above-referenced cause of action was referred to the undersigned for pretrial purposes in accordance with 28 U.S.C. § 636. Before the Court is the following motion: Defendant's Motion for Relief from Default Judgment. Dkt. No. 40.

The Court entered default judgment against Autoplex Extended Services, LLC d/b/a Motor Vehicle Services ("Defendant") on November 26, 2024, as to liability only. Dkt. No. 20. On September 29, 2025, Defendant filed its current motion, pursuant to Federal Rule of Civil Procedure 60(b), for relief from the default judgment.[1] The Court hereby schedules a hearing on Defendant's motion. *See McLeod, Alexander, Powel & Apffel, P.C. v. Quarles*, 925 F.2d 853, 856 (5th Cir. 1991) (holding § 636(b)(3) authorizes a district court to refer to a magistrate judge a motion made pursuant to Rule 60(b), at least for the limited purpose of holding an evidentiary hearing and preparing for the district court proposed findings of fact and recommendations for the disposition of the motion). Accordingly, it is

---

[1] Pursuant to Local Rule CV-7(e), a party has fourteen days (twenty-one days for summary judgment motions) in which to file a response to a motion, after which the Court will consider the submitted motion for decision. *See also* Local Rule CV-7(f) (allowing seven days for a reply and seven days for a sur-reply).

- 2 -

**ORDERED** that Defendant's Motion for Relief from Default Judgment (Dkt. No. 40) is scheduled for hearing before the undersigned at **10:00 a.m.** on **November 4, 2025** at the United States District Court, 500 N. Stateline, Fourth Floor Courtroom, Texarkana, Texas.

SIGNED this the 6th day of October, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE