UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ORR AUTO, INC. <br> D/B/A ORR VOLKSWAGEN OF TEXARKANA <br><br> Plaintiff, <br><br> V. <br><br> AUTOPLEX EXTENDED SERVICES, LLC <br> D/B/A MOTOR VEHICLE SERVICES <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Case No. 5:24-CV-00029-RWS-JBB |

## ORDER

Defendant's motion to set aside default judgement is set for a hearing before the Court on November 4, 2025, at 10:00 a.m. *See* Dkt. No. 41. At the hearing, the parties should be prepared to discuss reinstating the deadlines for initial and additional disclosures (*see* Dkt. No. 31 at 2) and Plaintiff's motion to compel (Dkt. No. 36), which was not responded to by Defendant.

Accordingly, it is

**ORDERED** that Plaintiff and Defendant be prepared to discuss pending discovery issues at the November 4, 2025 hearing.

SIGNED this the 29th day of October, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE

1