## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| ORR AUTO, INC. d/b/a ORR VOLKSWAGEN OF TEXARKANA, <br>     Plaintiff; <br><br>     v. <br><br> AUTOPLEX EXTENDED SERVICES, LLC d/b/a MOTOR VEHICLE SERVICES, <br>     Defendant | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No. 5:24-CV-00029-RWS-JBB |

## ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge for pretrial purposes in accordance with 28 U.S.C. § 636. The Court conducted a hearing on November 4, 2025, to discuss multiple issues in this case, including the schedule. As instructed at the hearing, the parties shall meet and confer and submit to the Court a proposed amended docket control order, as well as an amended discovery order and protective order, if necessary, no later than Friday, November 14, 2025 at 12:00 p.m. Should the parties have any disagreements on these orders, each party shall provide the Court its proposed order, and the parties shall produce a single, joint report explaining each side's position on the disagreement.

**SO ORDERED**.

SIGNED this the 4th day of November, 2025.

_____

J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE

1