UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ORR AUTO, INC. | § | |
| D/B/A ORR VOLKSWAGEN OF TEXARKANA | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 5:24-CV-00029 |
| | § | |
| AUTOPLEX EXTENDED SERVICES, LLC | § | |
| D/B/A MOTOR VEHICLE SERVICES | § | |
|     Defendant. | § | |

**JOINT CONFERENCE REPORT**

Pursuant to the Court's order to meet, confer and file a proposed amended Docket Control Order, Discovery Order, and Protective Order as necessary, the parties make the following submission. Dkt. No. 45.

**1.      Conference date and time.**

Plaintiff's counsel, Cory J. Floyd and Defendant's counsel, Christopher Thornton exchanged material and proposals and conferred regarding same on November 13, 2025 at 10:00 a.m.

**2.      Protective Order.**

The Parties submit the Protective Order attached as Exhibit A, which is the Court's published form protective order, and jointly move its entry.

**3.      Discovery Order.**

The Parties submit the Amended Discovery Order attached as Exhibit B and jointly move its entry.

**4.      Docket Control Order.**

The Parties submit the 2nd Amended Docket Control Order, which is partially populated to provide for a 150-day discovery period, and move the Court to enter it with dates corresponding to the discovery period.

**5.      Pending motions and other matters.**

None.  The Parties seek no other intervention from the Court at this time.

Respectfully submitted,

FLOYD LAW, PLLC
P. O. Box 5452
Texarkana, Texas 75505
Phone: (903) 306-0373
FAX: (870) 330-4196

By:      /s/ Cory Floyd
         Cory J. Floyd
         TX Bar No. 24049365
         Email: cory@txklawyers.com

         Attorney for Plaintiff

/s/Christopher A. Thornton
Christopher A. Thornton MO Bar #48076
Briscoe Wulff & Williams, LLP
501 1st Capitol Dr, Ste 2
St. Charles MO 63301
Ph: (636) 947-1122
Fax: (636) 203-4711
Email: chris@cathornton.com

Attorney for Defendant Autoplex Extended Services, LLC