UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ORR AUTO, INC.<br>D/B/A ORR VOLKSWAGEN OF TEXARKANA | § § § | |
| Plaintiff, | § § § | |
| V. | § § § | CASE NO. 5:24-CV-00029-RWS-JBB |
| AUTOPLEX EXTENDED SERVICES, LLC<br>D/B/A MOTOR VEHICLE SERVICES | § § § § | |
| Defendant. | § | |

ORDER

Before the Court for consideration is Plaintiff's Motion to Compel (Dkt. No. 36), which was originally filed on August 26, 2025. On November 14, 2025, the parties filed a Joint Conference Report (Dkt. No. 46), which stated that, after a meet and confer between the parties, the parties "seek no other intervention from the Court at this time" regarding any pending motions. Dkt. No. 46 at 2. Therefore, Plaintiff's Motion to Compel (Dkt. No. 36) is hereby **DENIED** as moot.

It is so ordered.

SIGNED this the 20th day of November, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE