UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ORR AUTO, INC.<br>D/B/A ORR VOLKSWAGEN OF TEXARKANA | § § § | |
| Plaintiff, | § § | |
| V. | § | CASE NO. 5:24-CV-00029 |
| | § § § § | |
| AUTOPLEX EXTENDED SERVICES, LLC<br>D/B/A MOTOR VEHICLE SERVICES | § § § | |
| Defendant. | § § | |

## AFFIDAVIT OF CORY J. FLOYD

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF BOWIE | § |

BEFORE ME, the undersigned authority, personally appeared Cory J. Floyd, who, being by me duly sworn, upon his oath deposed and stated as follows:

My name is Cory J. Floyd. I am over the age of eighteen (18) years, of sound mind, and competent to make this Affidavit. The facts stated herein are true and correct and based upon my personal knowledge.

I am lead counsel for Plaintiff Orr Auto, Inc. d/b/a Orr Volkswagen of Texarkana in the above-captioned action. I am a partner with Floyd Law, PLLC, and have been licensed to practice law in the State of Texas since 2005 (State Bar No. 24049365). I am admitted to practice before

---

# EXHIBIT A

this Court and have litigated Lanham Act, trademark, and commercial disputes in the Eastern District of Texas and other federal courts since the time of my licensing.

I am familiar with the customary hourly rates charged by attorneys and support staff of comparable skill, experience, and reputation in the Eastern District of Texas for complex commercial and intellectual-property litigation. My standard hourly rate is $500.00. The hourly rate for support staff who assisted on this matter is $125.00. Both rates are reasonable and in line with prevailing market rates in this district.

In connection with Plaintiff's Motion to Compel Defendant's Complete Responses to First Set of Interrogatories and Production/Disclosure of Documents (and the related request for attorneys' fees under Fed. R. Civ. P. 37(a)(5)), the following reasonable and necessary time was expended by my firm after Defendant served deficient responses in October 2025: Cory J. Floyd 7.5 hours, Melissa Johnston 3 hours, TOTAL $4,125.

All time reflected above was reasonably necessary to (a) review Defendant's incomplete and evasive responses, (b) send the demand letters dated January 12, 2026 and January 26, 2026, (c) engage in multiple good-faith meet-and-confer efforts (via email and telephone) in February 2026, (d) draft the Motion to Compel, supporting brief, and proposed order, (e) meet and confer on March 10, 2026 and (f) prepare this Affidavit. No time has been included for duplicative, excessive, or unrelated work. The time was recorded contemporaneously and is accurate.

The lodestar amount set forth above is reasonable under the factors enumerated Fifth Circuit authority including: (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal service properly; (4) the customary fee for

like work in this district; (5) the amount involved and the results obtained; and (6) the experience, reputation, and ability of counsel. No upward or downward adjustment to the lodestar is necessary.

Plaintiff respectfully requests that the Court award its reasonable attorneys' fees in the lodestar amount of $4,125 (plus any post-judgment interest) incurred in bringing this Motion to Compel, pursuant to Federal Rule of Civil Procedure 37(a)(5).

FURTHER AFFIANT SAYETH NOT.



_____
Cory J. Floyd

SWORN TO AND SUBSCRIBED before me on this 11th day of March, 2026.

WENDY J PERKINS
Notary ID #131476669
My Commission Expires
May 4, 2030

_____
Notary Public, State of Texas
My Commission Expires: May 4 2030

_____

Affidavit

Orr Auto, Inc. v Autoplex Extended Services, LLC et al

Page 3 of 3