**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

ORR AUTO, INC.
D/B/A ORR VOLKSWAGEN OF TEXARKANA

Plaintiff,

V. CASE NO. 5:24-CV-00029

AUTOPLEX EXTENDED SERVICES, LLC
D/B/A MOTOR VEHICLE SERVICES

Defendant.

**ORDER DENYING PLAINTIFF'S MOTION FOR DETERMINATION THAT THIS IS AN EXCEPTIONAL CASE**

Before the Court is Plaintiff Orr Auto, Inc. d/b/a Orr Volkswagen of Texarkana's Motion for Determination That This Is an Exceptional Case and for Award of Attorneys' Fees Under the Lanham Act (Dkt. No. 53). Having considered the Motion, Defendant's Response in Opposition, all supporting materials, and the applicable law, the Court finds that the Motion should be DENIED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Determination That This Is an Exceptional Case and for Award of Attorneys' Fees Under the Lanham Act (Dkt. No. 53) is **DENIED**.

IT IS FURTHER ORDERED that the issue of exceptionality under 15 U.S.C. § 1117(a) may be revisited, if appropriate, following the completion of the damages phase and entry of final judgment.

SO ORDERED.