**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **ORR AUTO, INC. d/b/a ORR VOLKSWAGEN OF TEXARKANA** | § § § § | |
| **v.** | § § | **Case No. 5:24-cv-00029-RWS-JBB** |
| **AUTOPLEX EXTENDED SERVICES, LLC d/b/a MOTOR VEHICLE SERVICES** | § § | |

**ORDER**

This case is referred to the undersigned United States Magistrate Judge for pretrial purposes in accordance with 28 U.S.C. § 636. Before the Court is Plaintiff's motion for determination that this is an exceptional case and for the award of attorney's fees under the Lanham Act (Dkt. No. 53). Plaintiff's motion presents questions that are highly related the ultimate damages inquiry in this matter. While default judgment has already been entered in this case, damages have not yet been determined. *See* Dkt. No. 21. Therefore, we intend to address the issue of fees at the same time as the remainder of the damages issues. Accordingly, it is

**ORDERED** that Plaintiff's motion (Dkt. No. 53) is **DENIED** without prejudice to refiling. If desired, Plaintiff may reassert its motion by the pretrial filing deadline on September 1, 2026.

SIGNED this the 18th day of June, 2026.

J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE