**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| ORR AUTOMOTIVE, INC. d/b/a | ) | |
| ORR VOLKSWAGEN OF TEXARKANA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.: 5:24-CV-00029 |
| | ) | |
| AUTOPLEX EXTENDED | ) | |
| SERVICES, LLC, d/b/a | ) | |
| MOTOR VEHICLE SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF ORR AUTO, INC.
D/B/A ORR VOLKSWAGEN OF TEXARKANA FIRST SET OF INTERROGATORIES
TO DEFENDANT AUTOPLEX EXTENDED SERVICES, LLC D/B/A MOTOR
VEHICLE SERVICES**

COMES NOW, Defendant, Autoplex Extended Services, LLC d/b/a Motor Vehicle

Services (Autoplex), by and through its attorneys, and pursuant to F.R.C.P. 33, hereby submits

the following objections and supplemental responses to Plaintiff Orr Auto, Inc. D/B/A Orr

Volkswagen Of Texarkana's First Set Of Interrogatories To Defendant Autoplex Extended

Services, Llc D/B/A Motor Vehicle Services.

DEFINITIONS

1. "Plaintiff" shall mean Orr Auto, Inc., ORR, its licensees, and any subsidiaries, affiliates,

predecessors, successors, parents, divisions, persons or entities acting for or on its behalf,

whether in existence now or at any time.

2. "Defendant" shall mean Autoplex Extended Services, LLC d/b/a Motor Vehicle Services,

Autoplex, its licensees, and any subsidiaries, affiliates, predecessors, successors, parents,

divisions, persons or entities acting for or on its behalf, whether in existence now or at any time.

**EXHIBIT 1**

1

3. The "ORR marks" shall mean "Orr Volkswagen of Texarkana," "Orr Volkswagen,"
and "Orr."

4. "Document" is defined to be synonymous in meaning and equal in scope to the usage of the
term in Rule 34(a) of the Federal Rules of Civil Procedure and includes computer records in any
format. By way of further explanation, "document(s)" shall mean all non-identical copies of
material of every kind and description which are recorded by hand-writing, printing, typing,
photographing, graphic representation, mechanical, electronic, magnetic, or any other means of
recording, any form of communication, information or representation, including letters, words or
numbers or their equivalent, or data compilations of any sort whatsoever. The term
"document(s)" is therefore defined to include, among other things, information stored on
electronic media, videotapes, motion pictures, computer data, and any other electronic,
mechanical or magnetic records or representations of any kind including without limitation all
tapes, cassettes, magnetic, optical or other discs, magnetic cards, e-mail, and recordings. A draft
or non-identical copy is a separate document within the meaning of this term.

5. "Communication" or "communications" means any oral, written or electronic utterance,
notation or statement of any nature whatsoever, by and to whomsoever made, including, but not
limited to, any documents, correspondence, letters, facsimiles, e-mails, text messages, voice
recordings, video recordings, voicemail, instant messages, conversations, dialogues, discussions,
interviews, conferences, meetings, consultations, agreements, and other understandings or
exchanges between or among two or more people.

6. "Person" as used herein means any natural person or any entity, including, without limitation,
any individual, public company, private company, firm, corporation, limited liability company,
joint venture, trust, proprietorship, tenancy, association, partnership, business, agency,

2

department, governmental body, bureau, board, commission, or any other form of public or private entity. With respect to an entity, Person shall include all subsidiaries and affiliates of the entity, as well as the present and former directors, officers, employees, attorneys, agents and anyone acting on behalf of, at the direction of, or under the control of, the entity or its subsidiaries or affiliates.

7. The terms "you" or "your" means Autoplex Extended Services, LLC d/b/a Motor Vehicle Services, a limited liability company organized under the state law of Missouri, including its respective officers, directors, parents, subsidiaries, divisions, affiliates, predecessors, successors, employees, accountants, agents, representatives and any other person acting under its control or on its behalf.

8. "Relates to" or "relating to" means authorizing, concerning, constituting, comprising, containing, consisting of, connected with, describing, disclosing, discussing, evidencing, explaining, mentioning, pertaining to, proposing, reflecting, regarding, referring to, directly or indirectly, setting forth, showing, or summarizing.

9. Where appropriate: a. use of the singular includes the plural, and vice versa; b. the past tense includes the present tense; c. the words "and" and "or" are both conjunctive and disjunctive; d. the words "all" and "any" mean "any and all"; e. the word "including" means "including without limitation"; and f. use of the masculine includes the feminine, and vice versa.

INSTRUCTIONS

1. Any responsive information not disclosed by reason of a claim of privilege or other basis should be identified in writing by: (a) date; (b) author; (c) recipient; (d) a list of all other

3

persons to whom the contents of the document or thing or the information was disclosed; (e) general subject matter; and (f) the basis upon which it is being withheld pursuant to Rule 26(b)(5).

2. Wherever in the following Interrogatories you are asked to identify documents, it is requested that the documents be identified by saying: a. General type of document, i.e., letter, memorandum, report, etc.; b. Date; c. Author; d. Organization, if any, with which author was connected; e. Addressee or recipient; f. Other distributees; g. Organization, is any, with which the addressee, recipient, or distributees were connected; h. General nature of the subject matter of the document; i. Present location of such document and each copy thereof known to you, including the title, index number and location, if any, of the file in which the document is kept by you or the file from which such document was removed for the purposes of this case, and the identity of all persons responsible for filing or other disposition of the document. 3. Wherever in the following Interrogatories you are asked to identify persons, it is requested that the persons be identified by stating: a. Their full name, home and business addresses, if known; b. Their employment, job title or description; and

c. If employed by you, their dates and regular places of employment and general duties.

4. Wherever in the following Interrogatories you are asked to identify companies or the response to an Interrogatory would require the identification of a company, it is requested that the company be identified by stating: a. Its full corporate name; b. A brief description of the general nature of its business; c. Its state of incorporation; d. The address and principal place of business; and e. The identity of the officers or other person having knowledge of the matter with respect to which the company has been identified.

4

5. Wherever in the following Interrogatories you are asked to identify a product, or the marking used in combination with the product, it is requested that the same be identified by stating the catalog, stock, model, or the like number or designation, the trademark, name, type, grade, and any other designation customarily used by the party concerned to designate such products, or the like, and to distinguish it from others made by the same or a different producer.

## INTERROGATORIES

Interrogatory No. 1:   Identify and fully describe each of the goods and/or services on or in connection with which Defendant currently uses, intends to use, or has used the Orr Marks.

**RESPONSE:**  Defendant states that the word "ORR" has been used as a suggested repair facility on direct mail advertisements to potential customers for Vehicle Service Contracts. The direct mail advertisements are similar to Exhibit A to Plaintiff's Original Complaint in the use of the word "ORR". The Vehicle Service Contracts offered by the Defendant are substantially similar to Vehicle Service Contracts offered by automobile dealers and others in the industry.

Interrogatory No. 2:  Identify and fully describe each piece of mail Defendant placed in the United States mail, which contains one or more of the Orr Marks.

**RESPONSE:**  Defendant states that it did not place any piece of mail in the United States mail, which contains any of the alleged Orr Marks. The Defendant states that it purchases qualified leads from third parties who create direct mail advertisements and place them in the United States mail on behalf of the Defendant. The Defendant pays the third parties for these qualified leads, but lacks direct control over the leads and the direct mail advertisements sent to the leads on the Defendant's behalf.  Supplemental to the above, please see Autoplex #121415 05/12/2026 through Autoplex #161622 05/12/2026.

Interrogatory No. 3:  Identify the first use date(s) Defendant used one or more of the Orr Marks;

**RESPONSE:**  Please see Defendant's response to Interrogatory #1 above. Defendant has investigated the use of the word "ORR" by third party direct mail services it has used.  Based on this investigation, Defendant states that direct mail advertisements containing the word "ORR" were first mailed on behalf of the Defendant on or about March 19, 2019. The investigation determined that the word "ORR" was last used by third party direct mail services on March 29, 2025. Supplemental to the above, please see Autoplex #121415 05/12/2026 through Autoplex #161622 05/12/2026.

5

Interrogatory No. 4:  Identify each good and/or service you sell or offer to sell.

**RESPONSE:**  Defendant states that it sells only one product: vehicle maintenance contracts.

Interrogatory No. 5:  Identify all means used to market, advertise, and/or promote the goods and/or services identified in your response to Interrogatory No. 4, from their first offering for sale through present, including, without limitation, the names of digital media, newspapers, magazines, trade journals, or periodicals in which Defendant has advertised and/or intends to advertise its goods and/or services using, bearing or containing the Orr Marks, and the dollar amount spent on all such efforts;

**RESPONSE:**  Defendant states that it markets vehicle service contracts by direct promotional advertising. Defendant further states that it has business relationship with Mala Group, Inc., 700 W. Hillsboro Blvd, Bld 4-107, Deerfield Beach, FL 33441, who performs direct promotional advertising on the Defendant's behalf.  Defendant is conducting an appropriate search of its records to identify potentially responsive documents and will supplement this response as additional information becomes available.  Supplemental to the above, please see Autoplex #121415 05/12/2026 through Autoplex #161622 05/12/2026.

Interrogatory No. 6:  Set forth the dollar amount of the annual sales (projected and/or actual) of each such good and/or service since it was first offered for sale.

**RESPONSE:**  See, Autoplex #60 03/15/2026 through Autoplex #69 03/15/2026.

Interrogatory No. 7:  Identify all documents supporting the responses to Interrogatories 1 through 6 above.

**RESPONSE:**  See, Autoplex #60 03/15/2026 through Autoplex #69 03/15/2026.

Interrogatory No. 8:  Identify the customers, prospective customers, recipients or addressees to whom you sent any mailing (or directed a mailing) bearing the word "Orr" in any usage or form.

**RESPONSE:**  Please see Autoplex #1 - Autoplex #14 produced 01/06/2026. Supplemental to the above, please see Autoplex #121415 05/12/2026 through Autoplex #161622 05/12/2026.

Interrogatory No. 9:  Identify each person who participated in the decision, election, or choice to use the word "Orr" or any of the Orr Marks in the United States mail.

**RESPONSE:**  Defendant states:  Mala Group, Inc., 700 W. Hillsboro Blvd, Bld 4-107, Deerfield Beach, FL 33441.

Interrogatory No. 10: Identify all documents bearing complaints regarding your business or business practices in the car service contract or warranty industry.

**RESPONSE:**  The Defendant responds that it has no potentially responsive documents in its possession, custody, or control.

Interrogatory No. 11: Identify the name of each person and/or agency that has been or now is responsible for the marketing, advertising, and promotion of goods and/or services for you or Autoplex.

**RESPONSE:**  Defendant states:  Mala Group, Inc., 700 W. Hillsboro Blvd, Bld 4-107, Deerfield Beach, FL 33441.

Interrogatory No. 12: Identify each communication, oral or written, received by or known to Defendant which (1) suggests, implies or infers that Plaintiff may be connected or associated with Defendant, (2) inquires as to whether there is or may be such a connection or association, and/or (3) was intended to be received by Plaintiff, and identify any response by Defendant to each such communication.

**RESPONSE:**  The Defendant objects to this interrogatory because it is vague and ambiguous in that it is not clear what "suggests, implies or infers", "connection or association" with the Defendant and/or what "was intended to be received by Plaintiff". Subject to and without waiving this objection, the Defendant responds that it has no potentially responsive documents in its possession, custody, or control

Interrogatory No. 13: State when Defendant first became aware of one or more of the Orr Marks and describe in detail the circumstances under which Defendant first became aware of same, and identify any documents referring or related thereto.

**RESPONSE:**  Defendant states that it first became aware of one or more of the alleged Orr Marks when it discovered the existence of this lawsuit.

Interrogatory No. 14: Identify all lawsuits presently pending against you including (1) the name of the defendant; (2) court and case number; and (3) status of the lawsuit.

**RESPONSE:**

AUTOPLEX EXTENDED SERVICES LLC
Circuit: Circuit 11

Case Number: 1011-CV04115
Party Type: Defendant
Address On File: SAINT CHARLES MO
Filing Date: 05/06/2010
County: St. Charles County
Style of Case: DEALERSHIP WARRANTIES ETC DBA V AUTOPLEX ETC ET AL

AUTOPLEX EXTENDED SERVICES, LLC
Circuit: Circuit 11
Case Number: 1211-CC00283
Party Type: Plaintiff
Address On File: ST. CHARLES MO
Filing Date: 03/15/2012
County: St. Charles County
Style of Case: AUTOPLEX EXTENDED SRV V VEHICLE PROTECTION ETAL

AUTOPLEX EXTENDED SERVICES, LLC
Circuit: Circuit 11
Case Number: 2211-AC01404
Party Type: Plaintiff
Address On File: SAINT CHARLES MO
Filing Date: 03/23/2022
County: St. Charles County
Style of Case: AUTOPLEX EXTENDED SERVICES V LUKE BRODERICK ET AL

AUTOPLEX EXTENDED SERVICES, LLC
Circuit: Circuit 11
Case Number: 2211-AC01404-01
Party Type: Plaintiff
Address On File: SAINT CHARLES MO
Filing Date: 05/03/2022
County: St. Charles County
Style of Case: AUTOPLEX EXTENDED SERVICES V LUKE BRODERICK ET AL

AUTOPLEX EXTENDED SERVICES, LLC
Circuit: Circuit 11
Case Number: 1611-CC00133
Party Type: Plaintiff
Address On File: ST. PETERS MO
Filing Date: 02/09/2016

County: St. Charles County
Style of Case: AUTOPLEX EXTENDED SERVICES LLC V COREY RIEHL

AUTOPLEX EXTENDED SERVICES, LLC
Circuit: Circuit 21
Case Number: 11SL-AC20988
Party Type: Defendant
Address On File: SAINT PETERS MO
Filing Date: 06/22/2011
County: St. Louis County
Style of Case: FRANK J SCHMIDT ET AL V AUTOPLEX EXTENDED SE ET AL

Interrogatory No. 15: Identify each person who participated in or supplied information used in answering any of the above interrogatories and identify each interrogatory such person participated in answering.

**RESPONSE:**  Keith J. Horneker, President, Autoplex Extended Services, LLC
               Counsel for Autoplex Extended Services, LLC

Interrogatory No. 16: Identify all storage devices in your possession, custody, or control that store electronically stored information relevant to the claims and/or defenses asserted by any party in this action.

**RESPONSE:**  The Defendant states that it has no potentially responsive storage devices in its possession, custody or control. Supplemental to the above, please see Autoplex #121415 05/12/2026 through Autoplex #161622 05/12/2026.

## **VERIFICATION**

I, Keith J. Horneker, verify and state that I am authorized to execute the foregoing verification on behalf of Autoplex Extended Services, LLC, that I have read the foregoing supplemental responses to Plaintiff's First Interrogatories, and the contents therein are true and correct of my own personal knowledge.

_____
Keith J. Horneker, Authorized Member


STATE OF MISSOURI            )
                             ) SS
COUNTY OF ST. CHARLES        )

Subscribed and sworn to before me, a Notary Public, this \_\_\_ day of February, 2026.


_____
Notary Public

My commission expires:

10

## VERIFICATION

I, Keith J. Horneker, verify and state that I am authorized to execute the foregoing verification on behalf of Autoplex Extended Services, LLC, that I have read the foregoing supplemental responses to Plaintiff's First Interrogatories, and the contents therein are true and correct of my own personal knowledge.

_____
Keith J. Horneker, Authorized Member

STATE OF MISSOURI            )
                             ) SS
COUNTY OF ST. CHARLES        )

Subscribed and sworn to before me, a Notary Public, this 3 day of May June, 2026.

CAITLIN GRACE CAMARGO
Notary Public - Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: Mar. 9, 2029
Commission # 21922333

Notary Public

My commission expires:

10