IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ORR AUTO, INC. D/B/A ORR VOLKSWAGEN OF TEXARKANA, | § | |
| Plaintiff, | § | CIVIL ACTION NO. 5:24-CV-00029-RWS |
| v. | § | |
| AUTOPLEX EXTENDED SERVICES, LLC D/B/A MOTOR VEHICLE SERVICES, | § | |
| Defendant. | § | |

---

MINUTES FOR BENCH TRIAL (DAY ONE)
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
September 28, 2026

OPEN: 9:00 a.m. ADJOURN: 4:32 p.m.

---

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Cory Floyd |
| ATTORNEYS FOR DEFENDANT: | Christopher Chapaneri |
| LAW CLERK: | Grace Albritton |
| COURTROOM DEPUTY: | Shedera Combs |
| COURT REPORTER: | Shelly Holmes |

---

| | |
|---|---|
| 9:00 a.m. | Case called; Parties introduce themselves and announce ready; Court welcomes everyone and gives preliminary comments |
| 9:04 a.m. | Cory Floyd advises Court of declaratory action filed in the Eastern District of Texas last week by Nationwide; Christopher Chapaneri responds |
| 9:08 a.m. | Court questions appearance in case and request for continuance; Mr. Chapaneri responds |

| | |
|---|---|
| 9:09 a.m. | Court comments on bench trial, introduces court staff, discusses trial proceeding and timing; Mr. Floyd responds; Mr. Chapaneri responds; Court will allow five hours per side |
| 9:14 a.m. | Court discusses issues with findings of fact and conclusions of law; Mr. Chapaneri responds; Court requests parties to meet and confer and file another joint final pretrial order; Counsel respond |
| 9:26 a.m. | Recess |
| 10:31 a.m. | Court comments on parties amended joint final pretrial order filed at Docket No. 107 |
| 10:32 a.m. | Court clarifies parties should present evidence during course of trial re permanent injunction and attorney fees and request for determination as an exceptional case and injunctive relief; Counsel confirm |
| 10:33 a.m. | Court discusses procedure related to preadmitted exhibits; Mr. Chapaneri responds |
| 10:36 a.m. | Mr. Floyd presents opening statement on behalf of Plaintiff |
| 10:40 a.m. | Court questions re 250-mile radius; Mr. Floyd responds |
| 10:43 a.m. | Mr. Chapaneri presents opening statements on behalf of Defendant |
| 10:46 a.m. | Court questions re main measure or element of damages here disgorgement of profit; Mr. Chapaneri responds |
| 10:51 a.m. | Court requests re invoking rule; Mr. Floyd invokes the rule; Mr. Chapaneri responds; Witnesses excused |
| 10:52 a.m. | Mr. Floyd calls Joel Miller Orr; Witness sworn |
| 10:53 a.m. | Mr. Floyd begins direct examination of Mr. Orr |
| 11:03 a.m. | Mr. Chapaneri objections as speculation; Court sustains |
| 11:06 a.m. | Mr. Floyd moves to admit Exhibit 54; Mr. Chapaneri states no objection; Court admits exhibit |
| 11:10 a.m.. | Mr. Floyd moves to admit Exhibit 24; Mr. Chapaneri objects as unauthenticated; Court admits exhibit |
| 11:17 a.m. | Mr. Floyd moves to admit Exhibit 55; Mr. Chapaneri states no objection; Court admits exhibit |

| | |
|---|---|
| 11:19 a.m. | Mr. Floyd moves to admit Exhibit 29; Mr. Chapaneri states no objection; Court admits exhibit |
| 11:20 a.m. | Mr. Floyd moves to admit Exhibit 35; Mr. Chapaneri states no objection; Court admits exhibit |
| 11:30 a.m. | Mr. Chapaneri begins cross-examination of Mr. Orr |
| 11:38 a.m. | Mr. Chapaneri objects as non-responsive; Court sustains |
| 11:50 a.m. | Mr. Floyd requests Mr. Orr be released from rule; Mr. Chapaneri states no objection; Witness released |
| 11:51 a.m. | Recess |
| 1:01 p.m. | Mr. Floyd calls Elliott Rich; Witness sworn |
| 1:04 p.m. | Mr. Floyd begins direct examination of Mr. Rich |
| 1:07 p.m. | Mr. Floyd moves to admit Exhibit 16; Mr. Chapaneri objects as to relevance; Court admits exhibit |
| 1:23 p.m. | Mr. Chapaneri objects a mischaracterizing testimony; Court overrules |
| 1:49 p.m. | Mr. Chapaneri objects as asked and answered; Court will allow |
| 2:21 p.m. | Mr. Champaneri objections as mischaracterizes interrogatory answer; Court sustains |
| 2:23 p.m. | Mr. Floyd moves to admit Exhibit 12; Mr. Chapaneri states no objection; Court admits exhibit |
| 2:24 p.m. | Mr. Floyd moves to admit Exhibit 21; Mr. Chapaneri states no objection; Court admits exhibit |
| 2:30 p.m. | Recess |
| 2:52 p.m. | Mr. Floyd moves to admit Exhibits 32, 61, 5 and 62; Mr. Chapaneri states no objection; Court admits exhibits |
| 2:52 p.m. | Mr. Chapaneri begins cross-examination of Mr. Rich |
| 3:39 p.m. | Mr. Floyd objects as lack of foundation; Court instructs to lay foundation |
| 3:47 p.m. | Mr. Chapaneri moves to admit Exhibit 58; Mr. Floyd states no objection; Court |

| | |
|---|---|
| | admits exhibit |
| 3:48 p.m. | Mr. Floyd begins redirect-examination of Mr. Rich |
| 3:51 p.m. | Mr. Floyd moves to admit Exhibit 13; Mr. Chapaneri states no objection; Court admits exhibit |
| 4:00 p.m. | Mr. Chapaneri objects; Court asks to rephrase |
| 4:06 p.m. | Mr. Chapaneri begins recross-examination of Mr. Rich |
| 4:10 p.m. | Court addresses failure to identify witnesses and documents, service of suit, and default judgment |
| 4:17 p.m. | Court questions re profit and loss statement and claims made on policies; Mr. Floyd responds; Mr. Chapaneri responds |
| 4:19 p.m. | Court questions re documents produced showing sales made from Orr flyer within 250 miles and 50 miles radius; Mr. Chapaneri responds; Mr. Floyd responds |
| 4:32 p.m. | Mr. Chapaneri request Mr. Rich be excused from the rule; Mr. Floyd states no objection; Witness released |
| 4:32 p.m. | Adjourned |